UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

    Plaintiff,

v.                                         ORDER
                                           Civil No. 05-489 (MJD/JGL)

Charles B. Knudsen,
Charles B. Knudsen Trust,
Daniel Knudsen, Corson Law Offices,
Phillip Burkeholder and
Others,

    Defendants.

_____

       Currently scheduled for oral argument on June 3, 2005 before this Court are Defendants Phillip Burkholder's and Corson Law Office's Motions to Dismiss. Plaintiff has requested a continuance of 90 days based in part on the fact that he is scheduled to begin cancer radiation treatment in June.

       Based on the submission of Plaintiff, the Court will grant the motion for a continuance.

       IT IS HEREBY ORDERED that Plaintiff's Motion for a Continuance [Doc. No. 21] is GRANTED.

Date: May 31. 2005

                                                          s/ Michael J. Davis
                                                          Michael J. Davis
                                                          United States District Court