UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

      Plaintiff,

v.

Charles B. Knudsen,
Charles B. Knudsen Trust,
Daniel Knudsen, Corson Law Offices,
Phillip R. Burkeholder and others,

      Defendant.

Order
Civil No. 05-489

_____

      Plaintiff is pro se.

      Arvid Wendland, Wendland Law Office for and on behalf of Defendant Phillip Burkeholder.

      Steven Corson, Corson Law Offices, for and on behalf of Corson Law Office and John Corson.

_____

      This matter is before the Court upon the motions of Defendants Burkeholder and Corson Law Office to dismiss or in the alternative for a more definite statement.

      IT IS HEREBY ORDERED:

      At this time, the Court will hold in abeyance the above motions. Within thirty (30) days from the date of this Order, Plaintiff is hereby directed to obtain

counsel, and that such counsel will contact opposing counsel concerning the appointment of a neutral mediator. On or before October 7, 2005, Plaintiff's counsel shall contact the Court by letter, naming three mediators chosen by the parties. The Court shall appoint one mediator from such list, and shall order the parties to participate in mediation.

If the Court has not heard from Plaintiff's counsel on or before October 7, 2005, the Court will rule on the above motions to dismiss.

Date: September 8, 2005

s/ Michael J. Davis
Michael J. Davis
United States District Court