UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

    Plaintiff,

v.                                        Order
                                               Civil No. 05-489

Charles B. Knudsen,
Charles B. Knudsen Trust,
Daniel Knudsen, Corson Law Offices,
Phillip R. Burkeholder and others,

    Defendant.

_____

By Order of this Court dated September 8, 2005, the Court ordered the parties to provide it the names of three mediators. By letter dated October 5, 2005, the Court received a letter from counsel for Plaintiff naming three such mediators. Of this list, the Court will name Frederick C. Brown, Jr., Smith Parker PLLP, as mediator in this case. All parties named in this lawsuit shall participate in a mediation session to be scheduled by Mr. Brown.

The hearing currently scheduled for December 16, 2005, with respect to Defendant Knudsen's motion to dismiss, is cancelled and such motion held in abeyance until after the mediation session.

The costs of mediation shall be borne equally among the parties.

Date: November 7, 2005

                                                               s/ Michael J. Davis
                                                               Michael J. Davis
                                                               United States District Court