UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

      Plaintiff,

v.

Charles B. Knudsen,
Charles B. Knudsen Trust,
Daniel Knudsen, Corson Law Offices,
Phillip R. Burkeholder and others,

      Defendant.

Order
Civil No. 05-489

_____

IT IS HEREBY ORDERED:

The Court will continue to hold in abeyance any pending motion. Within thirty (30) days from the date of this Order, or as soon as practicable, the parties shall again participate in mediation with the court-appointed mediator.

Date: May 1, 2006

                                                        s / Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court