UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

    Plaintiff,

v.

Charles B. Knudsen,
Charles B. Knudsen Trust,
Daniel Knudsen, Corson Law Offices,
Phillip R. Burkeholder and others,

    Defendant.

Order
Civil No. 05-489

_____

    This matter had been referred to a court-appointed mediator for mediation. The Court has since learned that mediation has not been successful in resolving this case, and that further mediation is not warranted. Accordingly,

    IT IS HEREBY ORDERED that this matter is no longer referred to mediation.

Date: June 19, 2006

    s / Michael J. Davis
    Michael J. Davis
    United States District Court