UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Otis,

    Plaintiff,

v.

Irell Knudsen, individually and
as a beneficiary of the estate of
Charles B. Knudsen, Daniel Knudsen
as a beneficiary of the estate of
Charles B. Knudsen and as successor
trustee to the Charles B. Knudsen Trust,
Steven Corson d/b/a Corson Law Offices,
Phillip R. Burkholder, Harold A. Berge,
Rose M. Berge, Cindy Lou Berge, and
First Southeast Bank, a Minnesota corporation,

    Defendants.

ORDER
Civil No. 05-489 (MJD/AJB)

_____

    Plaintiff is pro se.

    Steven Corson, Corson Law Offices, for and on behalf of Corson Law Office and John Corson.

    Douglas A. Boese, Dunlap & Seeger, P.A., for and on behalf of Defendants Cindy Lou Berge, Harold A. Berge, Rose M. Berge and First Southeast Bank.

_____

    In reviewing the status of this case, the Court has determined that Plaintiff has attempted to file summary judgment motions against Defendants Corson, the

1

Berges and First Southeast Bank.  See Doc. Nos. 86, 87 and 88.  Plaintiff did not file a notice of motion, motion, affidavits and exhibits and a proposed order as required by Local Rule 7.1(b) for the District of Minnesota.  Accordingly, the Court will deny these motions without prejudice.

The Court will further refer this matter to Magistrate Judge Arthur Boylan for disposition of any remaining claims.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motions for Summary Judgment against Steven Corson [Doc. No. 86], Cindy Lou Berge, Harold A. Berge, Rose M. Berge [Doc. No. 88] and against First Southeast Bank [Doc. No. 87] are DENIED WITHOUT PREJUDICE.

2. This matter is hereby referred to Magistrate Judge Arthur Boylan for further proceedings.

Date: January 23, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court