# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

WILLIAM H. OTIS,

          Plaintiff,

v.

CHARLES B. KNUDSEN,
CHARLES B. KNUDSEN TRUST,
JOHN CORSON, CINDY LOU
BERGE, HAROLD A. BERGE, ROSE
M. BERGE, AND FIRST
SOUTHEAST BANK

          Defendants.

**ORDER**
**CIVIL FILE NO. 05-489 (MJD/AJB)**

---

William H. Otis, pro se, Counsel for Plaintiff.

Daniel A. Haws and Stacy E. Ertz, Murnane Brandt, PA, Counsel for Defendants Charles B. Knudsen and Charles B. Knudsen Trust.

Steven M. Corson, Corson Law Offices, LLC, Counsel for Defendant John Corson.

Douglas A. Boese, Kari C. Stonelake-Hopkins, Robert G. Benner, and William J. Ryan, Dunlap & Seeger, PA, Counsel for Defendants Cindy Lou Berge, Harold A. Berge, Rose M. Berge, and First Southeast Bank.

---

      This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated August, 29, 2008

2

[Docket No. 129].  Plaintiff William H. Otis filed an objection to the Report and Recommendation [Docket No. 131].  Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for repeated failure to prosecute, comply with federal and local rules of civil procedure, and obey a court order.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date   November 17, 2008                    s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court